# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2324
LT Case No. 2016-CF-552-C-Z

_____

RAPHAEL PARCILLA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Raphael Parcilla, Chipley, pro se.

No Appearance for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____